IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01387-BNB

GARY W. McGREGOR,

Applicant,

v.

RICHARD SMELSER,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 2 2010

GREGORY C. LANGHAM
CLERK

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED August 2, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01387-BNB

Gary W. MacGregor
Prisoner No. 54498
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

Micah R. Payton
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/2/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk